

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WUSTON ARELLANO-FLORES, aka,<br>Antonio Arellano-Flores,<br><br>　　　　　Defendant. | 2:11-CR-237-JCM (RJJ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 17, 2011, defendant WUSTON ARELLANO-FLORES, aka Antonio Arellano-Flores, pled guilty to Count One of a One-Count Criminal Indictment charging him with Illegal Alien in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(5)(A). Docket #11.

This Court finds defendant WUSTON ARELLANO-FLORES, aka, Antonio Arellano-Flores, agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum. #11.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum and the offense to which defendant WUSTON ARELLANO-FLORES, aka, Antonio Arellano-Flores, pled guilty.

. . .

. . .

1   The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a)   a Ruger SR9, 9mm semi-automatic handgun bearing serial number 310-41273;

(b)   a Mossberg 12-gauge shotgun bearing serial number MV13966M;

(c)   a Remington .22 caliber rifle bearing serial number B2776291; and

(d)   any and all ammunition. ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of WUSTON ARELLANO-FLORES, aka, Antonio Arellano-Flores, in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE