**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-237 JCM (RJJ) |
| Plaintiff, | |
| v. | |
| WUSTON ARELLANO-FLORES, | |
| Defendant. | |

### ORDER

Presently before the court is Michael Taylor Pack's *pro se* motion for return of property. (Doc. #30). Pack seeks the return of a 9mm handgun that he alleges was stolen in 2010.

Pack included a photocopy of his driver license and concealed handgun license in his *pro se* motion. Pack's motion was sealed because the driver license and concealed handgun license contain confidential personal information. Pack did not file a certificate of service with his motion, so it is unclear whether the government is aware of this pending motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government respond to Michael Taylor Pack's *pro se* motion for return of property (doc. #30) by December 8, 2011.

IT IS FURTHER ORDERED that the clerk's office deliver a copy of Pack's sealed motion (doc. #30) to the government.

DATED November 21, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE